NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIFFANY FERRARA, WODSNOB, LLC,**
*Appellants*

**v.**

**COURTNEY SEBASTIANELLI,**
*Appellee*

---

2016-2154

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91218270, 91219528.

---

**JUDGMENT**

---

HEATHER NORTON, Law Office of Heather Norton, San Francisco, CA, argued for appellants.

JAMES ROBERT MENKER, Holley & Menker, P.A., Atlantic Beach, FL, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 13, 2017  　　　　/s/ Peter R. Marksteiner
　　　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court